## IN THE SUPEME COURT OF THE STATE OF NEVADA

TERRANCE DAVIS,
Appellant/Petitioner,

v.

_____,
Respondent.

No. _____

**MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**

COMES NOW, Appellant/Petitioner, TERRANCE DAVIS, in propria persona, and in forma pauperis in the district court, and respectfully moves this Supreme Court of Nevada for an Order granting Appellant/Petitioner leave to proceed in the above-entitled appeal in forma pauperis, without requiring Appellant/Petitioner to pay or provide security for the payment of costs of prosecuting this appeal.

This motion is made and based upon the attached Notice of Appeal, Case Appeal Statement, and Affidavit in Support of Motion to Proceed on Appeal in Forma Pauperis.

Dated this 27 day of April, 2022.

Terrance D_____
Signature of Inmate

110506
Prison Identification Number

Ely State prison
Prison

P.O Box 1989
Ely NV 89301
Address

_____
Signature of Attorney

_____
Nevada Bar Identification No.

_____
Law Firm

_____

_____
Address

_____
Telephone Number

1

No._____                                             Dept. No._____

## IN THE SUPREME COURT OF THE
## STATE OF NEVADA

STATE OF NEVADA,         }
                         }
     v.                  }
                         }
TERRANCE DAVIS,          }

### AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED
### ON APPEAL IN FORMA PAUPERIS

State of Nevada         }
                        }ss.
County of _____  }

I, TERRANCE DAVIS being first duly sworn, depose and say that I am the Plaintiff in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

1. Are you presently employed?    Yes_____    No ✓

    a. If the answer is yes, state the amount of your salary or wages per month and give the name of your employer.

    _____        _____
            EMPLOYER                        EMPLOYER

    _____        _____
      Salary or Wage per month        Salary or Wage per month

    b. If the answer is no, state the date of your last employment and the amount of the salary or wages per month which you received.

    Bruno's 9/2017  $2400 monthly

1

Date of last Employment                     Date of last Employment

__2400 month__
Salary or Wage per month                    Salary or Wage per month

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?

Yes _____  No ✓

   a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

| Source of Income | Source of Income |
|---|---|
| Amount Received (in the past year) | Amount Received (in the past year) |

3. Do you own any cash or checking or savings account? Yes _____ No ✓

   a. If the answer is yes, state the total value of the items owned.

| Item | _N/A_ Item | Item |
|---|---|---|
| Total Value | Total Value | Total Value |

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   a. If the answer is yes, describe the property and state its approximate value.

| _N/A_ Property | Property | Property |
|---|---|---|
| Approximate value | Approximate value | Approximate value |

/////

/////

/////

5. List the persons who are dependent upon you for support and state your relationship to those persons.

| N/A | | |
|---|---|---|
| Person | Person | Person |
| Relationship | Relationship | Relationship |

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

SUBSCRIBED AND SWORN to before me this 27 day of April, 2022

_____
Notary Public

## EXECUTION OF INSTRUMENT BY PRISONER

Pursuant to N.R.S. 208.165, I hereby declare under the penalty of perjury that the contents of the above are true and correcct to the best of my knowledge.

TERRANCE DAVIS
Petitioner/Declarant

## ORDER

Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

DATED this 27 day of April, 2022

_____
Supreme Court Justice

3

Case No. _____

Dept. No. _____

## IN THE SUPREME COURT OF THE
## STATE OF NEVADA

IN THE MATTER OF,                                        **FINANCIAL CERTIFICATE**

Name: TERRANCE DAVIS          # 1101506                  On a Motion to Proceed
                              Prison Number              In Forma Pauperis

Signature: Terrance D         # 1101506
                              Prison Number

    I hereby certify that the Petitioner/Applicant herein has the sum of $ 8¢ on account to his credit at the institution (Ely State Prison) where he is confined. I further certify that the Petitioner/Applicant likewise has the following securities to his credit according to the records of said institution (Ely State Prison):

_____

_____

_____


Dated this 27 day of April, 2022

By: _____
       Nevada Department of Corrections
       Inmate Services Accountant
       Authorized Officer of Institution

Daily Transaction Summary (1101506 - TERRENCE DAVIS cont.): February 01, 2022 - February 28, 2022

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|
| 02/01/2022 | | | $6.00 | |
| 02/01/2022 08:07:25 PM | | ($2.00) | $4.00 | DOC |
| 02/03/2022 11:38:25 AM | | ($2.00) | $2.00 | DOC |
| 02/04/2022 08:36:12 AM | | ($0.68) | $1.32 | ESP |
| 02/04/2022 05:19:51 PM | | ($1.00) | $0.32 | DOC |
| 02/13/2022 06:08:54 PM | | ($0.32) | $0.00 | DOC |
| 02/28/2022 12:24:00 PM | | $15.34 | $15.34 | ESP |
| 02/28/2022 | | | $15.34 | |

### Trust3

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|
| 02/01/2022 | | | $0.00 | |
| No Activity | | | | |
| 02/28/2022 | | | $0.00 | |

### Savings

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|
| 02/01/2022 | | | $525.94 | |
| 02/12/2022 07:00:35 AM | | $3.00 | $528.94 | ESP |
| 02/19/2022 07:00:30 AM | | $2.00 | $530.94 | ESP |
| 02/28/2022 | | | $530.94 | |

### Holds - Current as of Date and Time of Report

| Date Held | Hold Type | Notes | Amount |
|---|---|---|---|

No Activity

### Department Charge 2

| DOC Sanction Type | Reference Number | Document Number | V Document Number | DOC Sanction Date | Paid To | Amount |
|---|---|---|---|---|---|---|
| Legal Copies | 2565388 | 10000250860 | | 12/19/2021 | Inmate Welfare Fund | $0.00 |

**Department Opening Balance:**

| Date | Description | Check Document Number | Amount | Balance |
|---|---|---|---|---|
| | | Opening Balance: | $1.60 | $0.00 |
| 02/01/2022 | | | $1.60 | |
| 02/18/2022 11:15:02 AM | New | | $1.60 | $0.00 |
| 02/19/2022 07:00:30 AM | Offender Payment | | ($1.60) | $0.00 |
| 02/28/2022 | | Closing Balance: | $0.00 | |

# Daily Transaction Summary: November 01, 2021 - November 30, 2021

Page 1

## Offender Information

Offender Number: 1101506
Offender Name: DAVIS, TERRENCE A
Account Status: Open

Institution: ESP
Housing Facility: U6

Living Unit: A
Cell: 11
Bed: B

## Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Reference Number | Deposit# / Check# | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 11/01/2021 | | | | | | $24.50 | |
| 11/01/2021 08:31:54 AM | Commissary | | 5109;103198334 | | ($24.30) | $0.20 | ESP |
| 11/01/2021 08:33:28 AM | Commissary | | 5109;103198374 | | ($0.15) | $0.05 | ESP |
| 11/01/2021 02:35:57 PM | Commissary Refund | | 5109;103198374 | | $0.15 | $0.20 | ESP |
| 11/01/2021 02:35:57 PM | Trust 2 | | | | $0.15 | $0.05 | ESP |
| 11/05/2021 07:01:03 AM | Keefe | Patricia Davis-Henry | | 9900021769 | $75.00 | $75.05 | ESP |
| 11/05/2021 07:01:03 AM | Medical Copay | Inmate Welfare Fund | | | ($0.50) | $74.55 | ESP |
| 11/05/2021 07:01:03 AM | Medical Copay | Inmate Welfare Fund | | | ($8.00) | $66.55 | ESP |
| 11/05/2021 07:01:03 AM | Savings | | | | ($7.50) | $59.05 | ESP |
| 11/05/2021 07:01:03 AM | Court Order Fine | Clark County CH | | | ($2.75) | $56.30 | ESP |
| 11/05/2021 11:02:08 AM | Trust 2 | | | | $0.15 | $56.45 | DOC |
| 11/05/2021 11:02:08 AM | Phone Credit | Securus | 1636135328 | | ($3.00) | $53.45 | DOC |
| 11/06/2021 08:27:20 PM | Phone Credit | Securus | 1636255641 | | ($2.00) | $51.45 | DOC |
| 11/06/2021 08:47:38 PM | Phone Credit | Securus | 1636256658 | | ($1.00) | $50.45 | DOC |
| 11/06/2021 08:49:35 PM | Phone Credit | Securus | 1636256975 | | ($1.00) | $49.45 | DOC |
| 11/08/2021 01:30:39 PM | Phone Credit | Securus | 1636407039 | | ($1.00) | $48.45 | DOC |
| 11/08/2021 01:49:49 PM | Phone Credit | Securus | 1636408189 | | ($2.00) | $46.45 | DOC |
| 11/10/2021 12:18:32 AM | Phone Credit | Securus | 1636532312 | | ($2.00) | $44.45 | DOC |
| 11/12/2021 08:12:28 PM | Phone Credit | Securus | 1636776748 | | ($3.00) | $41.45 | DOC |
| 11/14/2021 08:53:03 AM | Phone Credit | Securus | 1636908784 | | ($1.00) | $40.45 | DOC |
| 11/14/2021 09:19:18 AM | Phone Credit | Securus | 1636910359 | | ($1.00) | $39.45 | DOC |
| 11/15/2021 08:29:18 AM | Commissary | | 5109;103212900 | | ($39.38) | $0.07 | ESP |
| 11/17/2021 07:00:51 AM | Keefe | Patricia Davis-Henry | | 9900021827 | $95.00 | $95.07 | ESP |
| 11/17/2021 07:00:51 AM | Savings | | | | ($9.50) | $85.57 | ESP |
| 11/17/2021 07:00:51 AM | Court Order Fine | Clark County CH | | | ($4.75) | $80.82 | ESP |
| 11/17/2021 02:01:29 PM | Phone Credit | Securus | 1637186489 | | ($3.00) | $77.82 | DOC |
| 11/18/2021 06:43:50 PM | Phone Credit | Securus | 1637289831 | | ($3.00) | $74.82 | DOC |
| 11/20/2021 11:54:32 AM | Phone Credit | Securus | 1637438073 | | ($2.00) | $72.82 | DOC |
| 11/21/2021 09:12:41 PM | Phone Credit | Securus | 1637557962 | | ($3.00) | $69.82 | DOC |
| 11/22/2021 12:03:43 AM | Phone Credit | Securus | 1637568223 | | ($2.00) | $67.82 | DOC |
| 11/23/2021 02:55:56 PM | Phone Credit | Securus | 1637708156 | | ($2.00) | $65.82 | DOC |

# Daily Transaction Summary (1101506 - TERRENCE DAVIS cont.): August 01, 2021 - August 31, 2021

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|
| 08/01/2021 | | | $0.00 | |

## Savings

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|
| 08/01/2021 | | | $476.59 | |
| 08/02/2021 07:00:51 AM | | $4.00 | $480.59 | ESP |
| 08/09/2021 07:00:58 AM | | $2.50 | $483.09 | ESP |
| 08/17/2021 07:00:57 AM | | $4.30 | $487.39 | ESP |
| 08/28/2021 07:01:14 AM | | $10.00 | $497.39 | ESP |
| 08/28/2021 07:01:14 AM | | $15.00 | $512.39 | ESP |
| 08/31/2021 | | | $512.39 | |

## Holds - Current as of Date and Time of Report

| Date Held | Hold Type | Notes | Amount |
|---|---|---|---|
| No Activity | | | |

## Department Charge 1

**Department Opening Balance:** $50.00

### DOC Sanction Type: Mandown - Physician
**Reference Number:** 02/08/2021
**Document Number:** 10000241673
**V Document Number DOC Sanction Date:** 2/8/2021
**Paid To:** Inmate Welfare Fund

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/01/2021 | | **Opening Balance:** | $34.00 |
| 08/02/2021 07:00:51 AM | Offender Payment | ($6.00) | $28.00 |
| 08/09/2021 07:00:58 AM | Offender Payment | ($3.75) | $24.25 |
| 08/17/2021 07:00:57 AM | Offender Payment | ($6.45) | $17.80 |
| 08/28/2021 07:01:14 AM | Offender Payment | ($15.00) | $2.80 |
| 08/28/2021 07:01:14 AM | Offender Payment | ($2.80) | $0.00 |
| 08/31/2021 | | **Closing Balance:** | $0.00 |

### DOC Sanction Type: Medical Copay
**Reference Number:** 04/05/2021
**Document Number:** 1000A24I673
**V Document Number DOC Sanction Date:** 4/5/2021
**Paid To:** Inmate Welfare Fund

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/01/2021 | | **Opening Balance:** | $8.00 |
| 08/28/2021 07:01:14 AM | Offender Payment | ($8.00) | $0.00 |
| 08/31/2021 | | **Closing Balance:** | $0.00 |

# Daily Transaction Summary (1101506 - TERRENCE DAVIS cont.): August 01, 2021 - August 31, 2021

Page 2

## Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Reference Number | Deposit# / Check# | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 08/17/2021 07:00:57 AM | Mandown - Physician | Inmate Welfare Fund | | | ($6.45) | $42.44 | ESP |
| 08/17/2021 07:00:57 AM | Savings | | | | ($4.30) | $38.14 | ESP |
| 08/18/2021 01:36:31 PM | Phone Credit | Securus | 1629318891 | | ($3.00) | $35.14 | DOC |
| 08/19/2021 09:01:17 AM | Phone Credit | Securus | 1629388878 | | ($2.00) | $33.14 | DOC |
| 08/20/2021 07:07:44 AM | Phone Credit | Securus | 1629468465 | | ($1.00) | $32.14 | DOC |
| 08/21/2021 07:47:11 AM | Phone Credit | Securus | 1629557232 | | ($1.00) | $31.14 | DOC |
| 08/21/2021 08:08:47 AM | Phone Credit | Securus | 1629558528 | | ($2.00) | $29.14 | DOC |
| 08/22/2021 08:59:49 AM | Phone Credit | Securus | 1629647990 | | ($2.00) | $27.14 | DOC |
| 08/24/2021 11:49:02 AM | Phone Credit | Securus | 1629830942 | | ($2.00) | $25.14 | DOC |
| 08/27/2021 07:39:53 AM | Commissary | | 5109,103134057 | | ($25.04) | $0.10 | ESP |
| 08/28/2021 07:01:14 AM | Keefe | Patricia Davis-Henry | | 9900020955 | $100.00 | $100.10 | ESP |
| 08/28/2021 07:01:14 AM | Mandown - Physician | Inmate Welfare Fund | | | ($15.00) | $85.10 | ESP |
| 08/28/2021 07:01:14 AM | Savings | | | | ($10.00) | $75.10 | ESP |
| 08/28/2021 07:01:14 AM | Keefe | Patricia Davis-Henry | | 9900020955 | $150.00 | $225.10 | ESP |
| 08/28/2021 07:01:14 AM | Mandown - Physician | Inmate Welfare Fund | | | ($2.80) | $222.30 | ESP |
| 08/28/2021 07:01:14 AM | Medical Copay | Inmate Welfare Fund | | | ($8.00) | $214.30 | ESP |
| 08/28/2021 07:01:14 AM | Medical Copay | Inmate Welfare Fund | | | ($8.00) | $206.30 | ESP |
| 08/28/2021 07:01:14 AM | Savings | | | | ($15.00) | $191.30 | ESP |
| 08/28/2021 07:01:14 AM | Court Order Fine | Clark County CH | | | ($3.70) | $187.60 | ESP |
| 08/28/2021 09:24:42 PM | Phone Credit | Securus | 1630211083 | | ($3.00) | $184.60 | DOC |
| 08/30/2021 11:52:08 AM | Phone Credit | Securus | 1630349629 | | ($1.00) | $183.60 | DOC |
| 08/31/2021 07:50:11 PM | Phone Credit | Securus | 1630464612 | | ($2.00) | $181.60 | DOC |
| 08/31/2021 | | | | | | $181.60 | |

## Trust2

| Date | | | Reference Number | | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 08/01/2021 | | | | | | $6.32 | |
| 08/01/2021 05:37:37 AM | | | | | ($1.00) | $5.32 | DOC |
| 08/01/2021 05:58:23 AM | | | | | ($1.00) | $4.32 | DOC |
| 08/02/2021 07:40:59 AM | | | | | ($2.00) | $2.32 | DOC |
| 08/03/2021 06:03:58 AM | | | | | ($1.00) | $1.32 | DOC |
| 08/04/2021 10:32:26 AM | | | | | ($1.32) | $0.00 | DOC |
| 08/31/2021 | | | | | | $0.00 | |

## Trust3

| Date | | | Reference Number | | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|

# Daily Transaction Summary: October 01, 2021 - October 31, 2021

Page 1

## Offender Information

| | |
|---|---|
| Offender Number: 1101506 | Institution: ESP |
| Offender Name: DAVIS, TERRENCE A | Housing Facility: U6 |
| Account Status: Open | Living Unit: A |
| | Cell: 11 |
| | Bed: B |

## Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Reference Number | Deposit# / Check# | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 10/01/2021 | | | | | | $0.13 | |
| 10/11/2021 07:01:01 AM | Keefe | Patricia Davis-Henry | | 990021637 | $100.00 | $100.13 | ESP |
| 10/11/2021 07:01:01 AM | Mandown - Physician | Inmate Welfare Fund | | | ($4.00) | $96.13 | ESP |
| 10/11/2021 07:01:01 AM | Savings | | | | ($10.00) | $86.13 | ESP |
| 10/11/2021 07:01:01 AM | Court Order Fine | Clark County CH | | | ($5.00) | $81.13 | ESP |
| 10/11/2021 09:19:45 PM | Phone Credit | Securus | 1634012385 | | ($3.00) | $78.13 | DOC |
| 10/11/2021 11:58:38 PM | Phone Credit | Securus | 1634021918 | | ($2.00) | $76.13 | DOC |
| 10/15/2021 08:08:38 AM | Commissary | | 5109;103185202 | | ($69.09) | $7.04 | ESP |
| 10/15/2021 08:39:06 AM | Commissary | | 5109;103185447 | | ($7.04) | $0.00 | ESP |
| 10/24/2021 07:00:49 AM | Keefe | shirley kincaid | | 990021701 | $50.00 | $50.00 | ESP |
| 10/24/2021 07:00:49 AM | Medical Copay | Inmate Welfare Fund | | | ($7.50) | $42.50 | ESP |
| 10/24/2021 07:00:49 AM | Savings | | | | ($5.00) | $37.50 | ESP |
| 10/24/2021 02:06:09 PM | Phone Credit | Securus | 1635109569 | | ($2.00) | $35.50 | DOC |
| 10/25/2021 07:57:10 AM | Phone Credit | Securus | 1635173830 | | ($2.00) | $33.50 | DOC |
| 10/26/2021 07:26:49 PM | Phone Credit | Securus | 1635301610 | | ($2.00) | $31.50 | DOC |
| 10/27/2021 03:53:14 PM | Phone Credit | Securus | 1635375195 | | ($1.00) | $30.50 | DOC |
| 10/29/2021 11:20:40 PM | Phone Credit | Securus | 1635574840 | | ($1.00) | $29.50 | DOC |
| 10/29/2021 11:52:04 PM | Phone Credit | Securus | 1635576724 | | ($1.00) | $28.50 | DOC |
| 10/30/2021 12:01:19 PM | Phone Credit | Securus | 1635620479 | | ($2.00) | $26.50 | DOC |
| 10/31/2021 12:34:46 PM | Phone Credit | Securus | 1635708887 | | ($2.00) | $24.50 | DOC |
| 10/31/2021 | | | | | | $24.50 | |

## Trust2

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|
| 10/01/2021 | | | $0.00 | |
| No Activity | | | | |
| 10/31/2021 | | | $0.00 | |

## Trust3

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|

**Daily Transaction Summary: March 01, 2022 - March 31, 2022**

Page 1

### Offender Information

| | | |
|---|---|---|
| Offender Number 1101506 | Institution: ESP | Living Unit: A |
| Offender Name: DAVIS, TERRENCE A | Housing Facility: U7 | Cell: 37 |
| Account Status: Open | | Bed: B |

### Primary Trust Transactions

| Date | Transaction Type | Payer / Paid To | Reference Number | Deposit# / Check# | Amount | Balance | Loc Code |
|---|---|---|---|---|---|---|---|
| 03/01/2022 | | | | | | $12.03 | |
| 03/02/2022 07:03:55 AM | Trust 2 | | | | $3.00 | $15.03 | DOC |
| 03/02/2022 07:03:55 AM | Phone Credit | Securus | 1646233435 | | ($3.00) | $12.03 | DOC |
| 03/03/2022 11:17:43 AM | Trust 2 | | | | $2.00 | $14.03 | DOC |
| 03/03/2022 11:17:43 AM | Phone Credit | Securus | 1646335063 | | ($2.00) | $12.03 | DOC |
| 03/04/2022 08:38:19 PM | Trust 2 | | | | $3.00 | $15.03 | DOC |
| 03/04/2022 08:38:19 PM | Phone Credit | Securus | 1646455100 | | ($3.00) | $12.03 | DOC |
| 03/05/2022 06:03:38 PM | Trust 2 | | | | $1.00 | $13.03 | DOC |
| 03/05/2022 06:03:38 PM | Phone Credit | Securus | 1646532218 | | ($1.00) | $12.03 | DOC |
| 03/05/2022 06:29:44 PM | Trust 2 | | | | $1.00 | $13.03 | DOC |
| 03/05/2022 06:29:44 PM | Phone Credit | Securus | 1646533785 | | ($1.00) | $12.03 | DOC |
| 03/06/2022 10:10:30 AM | Trust 2 | | | | $2.00 | $14.03 | DOC |
| 03/06/2022 10:10:30 AM | Phone Credit | Securus | 1646590230 | | ($2.00) | $12.03 | DOC |
| 03/07/2022 11:02:07 PM | Trust 2 | | | | $1.00 | $13.03 | DOC |
| 03/07/2022 11:02:07 PM | Phone Credit | Securus | 1646722927 | | ($1.00) | $12.03 | DOC |
| 03/08/2022 06:02:17 PM | Trust 2 | | | | $2.00 | $14.03 | DOC |
| 03/08/2022 06:02:17 PM | Phone Credit | Securus | 1646791337 | | ($2.00) | $12.03 | DOC |
| 03/09/2022 10:52:08 AM | Trust 2 | | | | $0.34 | $12.37 | DOC |
| 03/09/2022 10:52:08 AM | Phone Credit | Securus | 1646851928 | | ($1.00) | $11.37 | DOC |
| 03/10/2022 10:06:53 PM | Phone Credit | Securus | 1646978814 | | ($2.00) | $9.37 | DOC |
| 03/10/2022 10:33:06 PM | Phone Credit | Securus | 1646980386 | | ($1.00) | $8.37 | DOC |
| 03/11/2022 05:03:32 PM | Phone Credit | Securus | 1647047013 | | ($1.00) | $7.37 | DOC |
| 03/11/2022 05:06:17 PM | Phone Credit | Securus | 1647047178 | | ($1.00) | $6.37 | DOC |
| 03/11/2022 05:42:41 PM | Phone Credit | Securus | 1647049362 | | ($1.00) | $5.37 | DOC |
| 03/14/2022 08:32:39 AM | Commissary | | 5109;103321576 | | ($4.64) | $0.73 | ESP |
| 03/28/2022 09:06:18 AM | Commissary | | 5109;103335455 | | ($0.68) | $0.05 | ESP |

### Trust2

| Date | Reference Number | Amount | Balance | Loc Code |
|---|---|---|---|---|
| 03/31/2022 | | | $0.05 | |