AARON D. FORD
Attorney General
JESSICA BROWN (Bar No. 14487)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: j.brown@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALAZ, *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00188-RCJ-CLB<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections, Jorge Gonzalaz and Christopher Helgressen, and all persons named and unnamed, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Jessica Brown, Deputy Attorney General, and Plaintiff, Terrance Davis, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

. . .

. . .

. . .

. . .

1   The Parties have resolved this matter in its entirety and agree that the Court may
2   accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.
3
4   DATED this 9 day of January 2024.          DATED this 5th day of January 2024.
5                                               AARON D. FORD
                                                Attorney General
6
7   By: /s/ Terrance Davis                      By: /s/ Jessica Brown
8   Terrance Davis                              Jessica Brown, (Bar No. 14487)
    Plaintiff, Pro Se                           Attorneys for Defendants
9
10
11
12                                    ORDER
13      IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the
14  Clerk is directed to close the case.
15
16      DATED _____February 13, 2024_____
17
18
19
20                                          _____
21                                          ROBERT C. JONES
                                            UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 9, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Terrance Davis, #1101506
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
*Plaintiff, Pro Se*

_____
Employee of the Office of the
Nevada Attorney General